**Exhibit A**

Table of Last-Observed Infringements by Defendants of West Coast Productions's Copyright in the Motion Picture "Booty Talk 93," Copyright Reg. No. PA0001742167

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.49.151.8 | 2012-02-12 00:19:59 -0500 | Verizon Internet Services | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 2 | 108.49.193.12 | 2012-03-02 09:23:25 -0500 | Verizon Internet Services | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 3 | 173.76.93.206 | 2012-02-21 12:19:58 -0500 | Verizon Internet Services | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 4 | 174.62.206.75 | 2012-02-28 20:44:28 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 5 | 24.128.26.76 | 2012-03-25 09:27:58 -0400 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 6 | 24.2.138.34 | 2012-02-19 11:14:57 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 7 | 24.63.251.30 | 2012-02-19 16:51:26 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 8 | 65.96.212.47 | 2012-02-23 02:21:08 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 9 | 66.30.88.24 | 2012-02-26 00:59:59 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 10 | 67.252.38.109 | 2012-02-20 12:19:58 -0500 | Road Runner | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 11 | 68.116.197.240 | 2012-02-05 22:54:16 -0500 | CHARTER COMMUNICATIONS | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 12 | 71.192.155.196 | 2012-03-23 15:13:03 -0400 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 13 | 71.232.65.85 | 2012-02-05 12:19:57 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 14 | 71.234.45.102 | 2012-03-05 12:15:31 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 15 | 75.69.228.18 | 2012-03-14 09:44:23 -0400 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 16 | 76.118.164.43 | 2012-02-23 21:25:22 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 17 | 76.119.64.26 | 2012-03-16 23:11:46 -0400 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 18 | 76.24.3.100 | 2012-03-02 12:03:27 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 19 | 96.233.125.59 | 2012-03-03 00:19:49 -0500 | Verizon Internet Services | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 20 | 98.217.10.118 | 2012-02-21 19:12:43 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 21 | 98.217.225.10 | 2012-01-23 17:49:45 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 22 | 98.229.216.162 | 2012-03-24 17:11:41 -0400 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |
| Doe 23 | 98.229.36.126 | 2012-02-14 01:17:32 -0500 | Comcast Cable | BitTorrent | d9e944649f5d07ab2da4c20cbed03ad0958cb444 |